740

Commonwealth ex rel. Tinsley, Appellant, *v.*
Myers.

Submitted September 16, 1965.
*Lawrence M. Aglow,* for appellant; *A. Alfred Delduco,*
District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Torrez, Appellant, *v.*
Myers.

Submitted September 13, 1965.
*Marcelino Rosa Torrez,* appellant, in propria persona;
*W. Richard Eshelman,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Warlow, Appellant, *v.*
Russell.

Submitted September 13, 1965.
*Eugene Warlow,* appellant, in propria persona; *Ward
F. Clark,* First Assistant District Attorney, for appellee.
Order affirmed.